# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL CASE NO. 3:23-cv-00031-MR

| | |
|---|---|
| JOHN M. COPELAND, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MECKLENBURG COUNTY JAIL, ) <br> et al., ) <br> ) <br> Defendants. ) <br> _____ ) | **ORDER** |

**THIS MATTER** is before the Court sua sponte.

The pro se Plaintiff, a prisoner in the North Carolina Department of Adult Corrections (NCDAC), filed this action pursuant to 42 U.S.C. § 1983 addressing incidents that allegedly occurred while he was a pretrial detainee at the Mecklenburg County Jail. [Doc. 1]. The Plaintiff originally filed this action in the United States District Court for the Eastern District of North Carolina while he was incarcerated at the Granville Correctional Institution. [See Doc. 1]. The Eastern District then transferred the action to this Court. [Docs. 4-5]. The Plaintiff was instructed that "[i]t's Plaintiff's responsibility to keep the Court advised of his/her current address at all times … [and] [i]f the Plaintiff's address changes and no Notice is promptly filed with the Clerk of

Court, this case may be dismissed for lack of prosecution." [Doc. 7 at 2]. NCDAC's website indicates that the Plaintiff now resides at the Maury Correctional Institution,[1] but the Plaintiff has not informed the Court that his address has changed.

It appears that Plaintiff may have abandoned this action. Plaintiff shall, within **fourteen (14) days** of this Order, update his address of record and inform the Court whether he intends to proceed with this action. Failure to comply with this Order will result in dismissal of this action without prejudice and this case's closure without further notice.

**IT IS, THEREFORE, ORDERED** that the Plaintiff **shall have fourteen (14) days from the date of this Order** in which to update his address of record and inform the Court whether he intends to proceed with this action. If Plaintiff fails to do so, this case will be dismissed without prejudice and closed without further notice.

The Clerk is respectfully instructed to mail copies of this Order to the Plaintiff at his address of record as well as to him at the Maury CI.

---

[1] https://webapps.doc.state.nc.us/opi/viewoffender.do?method=view&offenderID=0087434&searchOffenderId=0087434&searchDOBRange=0&listurl=pagelistoffendersearchresults&listpage=1 (last accessed April 12, 2023); Fed. R. Evid. 201.

**IT IS SO ORDERED.**

Signed: April 16, 2023

Martin Reidinger
Chief United States District Judge